**Order entered December 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00513-CR

**FERNANDO SANCHEZ-LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75749-V**

## ORDER

The Court **REINSTATES** the appeal.

On November 22, 2016, we denied appellant's third motion to extend time to file his brief and ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 30, 2016, we received appellant's brief, along with a motion asking us to reconsider his third extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the November 22, 2016 order requiring findings.

We **GRANT** the November 30, 2016 motion to reconsider and **ORDER** appellant's brief filed as of the date of this order.

/s/      ADA BROWN
         JUSTICE